UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LESTER VANDENBOSCH,

                Petitioner,         Case No. 2:14-cv-30
                                       HON. R. ALLAN EDGAR

v.

DUNCAN MACLAREN,

                Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

        The Court has before it Magistrate Judge Timothy P. Greeley's Report and Recommendation ("R&R") dated May 7, 2014, which recommended that the petition for writ of habeas corpus be dismissed because it is barred by the one-year statute of limitations. (Docket #9.)  Petitioner has not objected to the Report and Recommendation, therefore, **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation dated May 7, 2014 (Docket #9) is **APPROVED AND ADOPTED** as the Opinion of this Court.

        **IT IS ORDERED** that the Petitioner's amended petition is **DENIED** because it is barred by the one-year statute of limitations (Docket #7.)

        **IT IS FURTHER ORDERED** that a certificate of appealability be denied.

        A judgment consistent with this Order will be entered.

         SO ORDERED.


Dated:      8/11/2014                        */s/ R. Allan Edgar*
                                                         R. Allan Edgar
                                                          United States District Court Judge